UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALTON JOHNSON | ) |
|        Plaintiff | ) |
| v. | ) Civil Action No. 22-CV-00376-CJN |
| WASHINGTON PLAZA HOTEL, LLC | ) |
|        Defendant | ) |

## PRAECIPE OF DISMISSAL

THE CLERK OF THE COURT will please dismiss this case, with prejudice, as to all claims.

/S/ George A. Rose
_____
George A. Rose, Esquire, Bar No. 26086
Rose Law Firm, LLC
9134 Liberty Road
Baltimore, Maryland 21133
(410) 727-7555 – Telephone
(443) 320-0962 -- Facsimile
grose@roselawfirm.net
*Counsel for Plaintiff*


/S/ Kara K. Bennis
_____
Kara K. Bennis, Esquire, Bar 480808
Schoenberg & Associates
*Mailing: PO Box 2903, Hartford, CT 06104-2903*
14200 Park Meadow Drive, Suite 310N
Chantilly, Virginia 20151
(571) 287-6554 – Telephone
(571) 287-6297 – Facsimile
kbennis@travelers.com
*Counsel for Defendant Washington Plaza Hotel, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was emailed this 14th day of February, 2023 to:

George A. Rose, Esquire, Bar No. 26086
Rose Law Firm, LLC
9134 Liberty Road
Baltimore, Maryland 21133
grose@roselawfirm.net
*Counsel for Plaintiff*

           /S/ Kara K. Bennis
           _____
           Kara K. Bennis, Esquire